ROBERTA J. BRIDGES, by CLAYTON T. BRIDGES, Her Guardian ad Litem, et al., Respondents, *v.* BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF ELBA, BYRON, STAFFORD, BATAVIA AND OAKFIELD, Defendants, and STAMFORD SHERWOOD, Appellant.

Argued May 30, 1950; decided July 11, 1950.

*Esmond D. Murphy* and *James R. Ulsh* for appellant.
*Wallace J. Stakel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.